IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT STARKS,

    Plaintiff,

vs.                                                                   Civ. No. 98-630 JC/WWD

GHOST CLAN OF NATIVE AMERICAN
CHURCH, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon a "Motion to Compel Disclosure" [47] filed by Defendant Duke White, appearing pro se. The motion seeks the following, to wit:

1. An order directing Plaintiff to cooperative with discovery, answer interrogatories, and produce documents "in a truthful and non evasive way".

2. An order compelling Plaintiff to answer interrogatories concerning his net worth.

3. An order directing Plaintiff to stop furnishing "false, evasive, and incomplete answers to Defendants' Interrogatoreies (sic)".

4. The expenses incurred in the motion.

Although certain discovery is attached to the motion, there is no indication as to which interrogatories and which request for production are covered by the motion to compel, nor is there any memorandum filed in support of the motion. In short, the motion is fatally deficient.

**WHEREFORE,**

**IT IS ORDERED** that Defendant Duke White's Motion to Compel Disclosure [47] be, and it hereby is, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE