IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC - 1 2000

Robert M. March
CLERK

ROBERT STARKS,

  Plaintiff,

vs.          CV 98 00630 JC/WWD-ACE

RANDOLPH "DUKE" WHITE, WILLIAM LOGAN,
DAVE CORDOVA, AND OTHER UNKNOWN AND
SIMILARLY SITUATED PERSONS ACTING IN
CONCERT WITH THE ABOVE NAMED PARTIES,

  Defendants.

### PLAINTIFF-COUNTERDEFENDANT ROBERT STARKS' AND RANDOLPH "DUKE" WHITE'S UNCONTESTED FINDINGS OF FACT AND CONCLUSIONS OF LAW

  Plaintiff-Counterdefendant Robert Starks ("Plaintiff Robert Starks"), by and through the undersigned counsel, and Defendant Randolph "Duke" White, *Pro se*, submit the following Uncontested Findings of Fact and Conclusions of Law.

  The parties agree to the following facts listed separately below:

#### Findings of Fact

1. Plaintiff Robert Starks, is a resident of Texas.

2. Defendant White is a resident of Colorado.

3. Plaintiff Starks purchased Ute Mountain Ranch on January 5, 1995. A Warranty Deed vested Plaintiff Starks with title to the Ranch and was recorded at Book A-253, pages 753-757

chh10/5158.p
2318.001906

on January 11, 1995 in the records of the Taos County Clerk. Prior to his purchase, the only boundary of the Ranch which was fenced was the southwestern boundary which is contiguous with Federal Defendant's land. The remainder of the Ranch was open, undeveloped land.

4. Defendant White has never paid taxes on the Ranch.

5. The Ranch is a portion of the Sangre de Cristo Land Grant.

6. The Plaintiff is a successor to the Ranch's title by purchase and grant from Charles Beaubien and his successors.

7. There are no roads maintained by any public body within the Ranch boundaries.

8. Defendant White cut the fence on the Ute Mountain Ranch northern boundary on July 1, 1996 and July 4, 1997.

9. Defendant White intends to go on the land again and may cut the fence again.

10. Defendant White and others intend not to be stopped from entering roads on the Ranch, will remove the fence, and will resist anyone who tries to stop him and others.

11. Defendant White is not an enrolled member of a federally recognized American Indian Tribe.

12. The Plaintiff has continuously blocked the Old Road, The Horse Shoe Road, and the Rio Costilla Road since July of 1996 and has continuously sought to create a barricade to prevent the defendant and the public from using these roads to travel to the Rio Grande Scenic Easement at Ute Mountain

13. Plaintiff has denied the Defendant access to the ceremonial sites of the Native American church at Ute Mountain Ranch since July 1996.

## Conclusions of Law

1. This Court has jurisdiction over the subject matter herein pursuant to 28 U.S.C. §§ 1332(a) and 1391.

2. This Court has personal jurisdiction over all parties.

Respectfully submitted,

_telephonically approved_
Attorney for Plaintiff Starks
JANICE M. AHERN
Ahern & Hyatt
P.O. Box 8980
Santa Fe, NM 87501
(505) 982-9229


_/s/ Charlotte H. Hetherington_
Attorney for Counter-defendant Starks
CHARLOTTE H. HETHERINGTON
Simons, Cuddy & Friedman, LLP
P.O. Box 4160
Santa Fe, NM 87502-4160
(505) 988-4476


_telephonically approved_
Attorney for Counter-defendant Starks
RICHARD C. CIVEROLO
LISA E. PULLEN
Civerolo, Graylow & Hill, P.A.
P.O. Drawer 887
Albuquerque, NM 87103-0887
(505) 842-8255

chh10/5158.p
2318.001906

3

*no response received as of filing date*

RANDOLPH "Duke" WHITE, *Pro Se*
P. O. Box 91
Mesita, CO 81152
(719) 672-4202

## CERTIFICATE OF SERVICE

I hereby certify that I did on this 1st day of December, 2000 cause a true and correct copy of the foregoing pleading to be mailed, first class mail, postage prepaid to the following counsel of record and by first class mail and certified, return receipt requested, postage prepaid to *pro se* parties:

Randolph "Duke" White, *Pro Se*
Post Office Box 91
Mesita, CO 81152

Lisa E. Pullen, Esq.
Richard Civerolo, Esq.
Civerolo, Gralow & Hill, P.A.
P. O. Box 1549
Albuquerque, NM 87103

Janice M. Ahern, Esq.
Ahern & & Hyatt, PA
P. O. Box 8980
Santa Fe, New Mexico 87504

_____
CHARLOTTE H. HETHERINGTON

chh10/5158.p
2318.001906

4